Dismissed and Memorandum Opinion filed October 1,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00591-CV

____________

 

ELOY GARZA, Appellant

 

V.

 

EUNICE FANG, ET AL, Appellees

 



 

On Appeal from County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 938,595

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed June 16, 2009.  No
clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  








On August 20, 2009, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Guzman, and Boyce.